United States District Court
Southern District of Texas
**ENTERED**
September 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOANIA HERNANDEZ, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-02375 |
| DUNCAN BURCH, INC., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. Doc. #13. The Plaintiff and Defendants have settled all claims against each other. In accordance with parties' Joint Stipulation of Dismissal with Prejudice and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action be DISMISSED with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

It is so ORDERED.

SEP 3 0 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge